FILED
CHARLOTTE, NC

JAN 23 2014

US DISTRICT COURT
WESTERN DISTRICT OF NC

**UNDER SEAL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**(1) PHILLIP GREGORY HARRIS, SR., a/k/a "CASH P"**<br>**(2) JORDAN FOSTER a/k/a "2-3"**<br>**(3) STANLEY RUTLEDGE, JR.,**<br>**(4) PAMELA KERNS,**<br>**(5) OLWIN BROWN, a/k/a "JUICE" a/k/a "OJ"**<br>**(6) KEVIN SMITH,**<br>**(7) RENARDO PERRY, a/k/a "S-DUB"**<br>**(8) JERRY McDUFFIE, a/k/a "J"**<br>**(9) CRAIG McINNIS,**<br>**(10) ANTHONY WOODS, a/k/a "GEROD"**<br>**(11) YARRAL WILSON,**<br>**(12) KALIF WILSON, a/k/a "SCRAP"**<br>**(13) TOMONTA SIMMONS, a/k/a "MONTAY"**<br>**(14) JARRAL THOMPSON,**<br>**(15) JAKARI RUTLEDGE,**<br>**(16) ELIJAH GRANT, a/k/a "BOX"**<br>**(17) MARTELL MACKEY, a/k/a "TELLY"**<br>**(18) JADE BROWN,**<br>**(19) CHRISTOPHER MOAT,**<br>**(20) TRAVIS GABRIEL, a/k/a "GANGSTER"**<br>**(21) TIERRA LOVE,**<br>**(22) DEMARCUS SHANKLE,**<br>**(23) CHRISTIAN ROBERTSON,**<br>**(24) RASHAD JOHNSON,**<br>**(25) QUILLIE SMITH,**<br>**(26) KEOSHA MACK, and a/k/a "KIKI"**<br>**(27) WALTER BOYD a/k/a "WEB"** | DOCKET NO. 3:14CR17-RJC<br><br>**BILL OF INDICTMENT**<br><br>Violations:<br><br>18 U.S.C. § 2<br>18 U.S.C. § 513<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(l)<br>18 U.S.C. § 1028A<br>18 U.S.C. § 1344<br>18 U.S.C. § 1349<br>18 U.S.C. § 1708<br><br>**<u>UNDER SEAL</u>** |

THE GRAND JURY CHARGES:

At the specified times and at all relevant times:

**The Check Fraud Scheme**

1. From in or about December 2007 to the present, a check fraud conspiracy was operating in and around Mecklenburg, Gaston, Iredell, Cabarrus Counties in North Carolina, and elsewhere.

2. The Check fraud conspiracy (hereafter, the "conspiracy") would deposit worthless checks into empty or near-empty bank accounts to trick the bank system into crediting the account with funds, and then steal as much cash as possible with ATM withdrawals before the banks realized what was happening and could do a proper accounting and reconciliation.

3. Specifically, the conspiracy generally operated in the following manner:

    a. One or more members of the conspiracy would obtain federally insured financial institution (hereinafter "bank") checks (hereinafter referred to as "worthless checks"). The worthless checks were usually linked to bank accounts with little or no money in them.

        i. Often, members of the conspiracy would purchase the worthless checks from the worthless check account holders.

        ii. Other times, members of the conspiracy would purchase stolen checks, or steal the checks themselves, usually from cars.

    b. Around the same time, members of the conspiracy would obtain Automated Teller Machine (hereinafter "ATM") card(s) from an account holder (hereinafter referred to as "straw account holder"). The conspiracy members would pay or promise to pay money to the straw account holder in exchange for use of the ATM card and connected bank account. The straw accounts usually had little or no money in them.

    c. One or more members of the conspiracy would often make the worthless check(s) payable to the name of the straw account holder. The conspiracy member(s) would fill in a dollar amount, and then endorse the check by forging the signature of the straw account holder.

    d. One or more members of the conspiracy would deposit or cause to be deposited the completed worthless check into the straw account, causing the balance on the straw account to be inflated by the amount of the worthless check. These deposits were usually made at the ATM after normal operating hours.

e. Alternatively, utilizing a straw ATM card and account, conspirators would fraudulently deposit an empty envelope into the ATM and claim that the empty envelope contained a check endorsed for an amount of money.

f. Usually within one day of the deposit into the straw account, one or more members of the conspiracy would then withdraw, or cause to be withdrawn, cash from the straw account, by use of an ATM, in any amount up to the authorized single cash withdrawal limit predetermined by the relevant bank's policies. Alternatively, one or more members of the conspiracy would direct the straw account holder to withdraw the cash from a bank teller immediately after it was deposited. The straw account holder would then promptly turn over some or all of the withdrawn cash to the conspiracy member(s).

g. After the full amount of the worthless check was posted by the bank to the straw account, one or members of the conspiracy would withdraw any remaining balance in the straw account utilizing one or both of the following methods: 1) purchasing money orders utilizing the straw ATM card; and 2) using the straw ATM card to purchase items, obtain services, and/or cash from businesses offering point of sale cash withdrawals commonly known as getting "cash back."

h. Usually, within five to seven days after the worthless check was deposited in the straw account, the bank in which the straw account was held would complete the reconciliation and check-clearing process. This process alerted the bank that the initial worthless check account had insufficient funds to cover the amount deposited and then withdrawn from the straw account.

i. By the time banks realized that there were insufficient funds to cover the withdrawals from the straw account, the conspiracy members had already completed their fraudulent activity with that straw account.

j. Ultimately, the bank in which the straw account was held incurred a financial loss as a result of the cash stolen through the fraud scheme.

4. The conspiracy, using this scheme to steal cash from banks, started in or about December 2007, and continues until the present.

5. The conspiracy victimized numerous financial institutions, including Bank of America (BoA), Branch Bank and Trust (BB&T), Carolinas Telco Federal Credit Union (Telco CU), Charlotte Metro Credit Union (Metro CU), Coastal Federal Credit Union (Coastal CU), Fifth Third Bank (Fifth Third), Founders (Founders), Navy Federal Credit Union (Navy Federal), PNC Bank (PNC), SunTrust Bank (Suntrust), TD Bank (TD), Truliant Federal Credit Union (Truliant), USAA Federal Savings Bank (USAA), State Employees Credit Union (SECU) Wells Fargo Banks (Wells Fargo) and Wells Fargo Bank f/k/a Wachovia Bank (Wells Fargo f/k/a Wachovia).

6. The conspirators stole approximately one million dollars ($1,000,000) from the banks as a result of the fraud scheme.

**Victim Financial Institutions**

7. BoA, BB&T, Fifth Third, PNC, Suntrust, TD, USAA, Wells Fargo, and Wells Fargo f/k/a Wachovia were financial institutions, the accounts and deposits of which were insured by the Federal Deposit Insurance Corporation ("FDIC").

8. Telco CU, Metro CU, Coastal CU, Founders, Navy Federal, SECU, and Truliant, were financial institutions, the accounts and deposits of which were federally insured by the National Credit Union Administration ("NCUA").

9. BoA, BB&T, Fifth Third, PNC, Suntrust, TD, USAA, Wells Fargo and Wells Fargo Bank f/k/a Wachovia Bank, Telco CU, Metro CU, Coastal CU, Founders, Navy Federal, SECU, Truliant, offered financial services to individuals, which services included the receipt of monies, funds, and credits into deposit accounts and the disbursement of monies, funds, and credits therefrom through withdrawal of deposited monies, funds, and credits of transfer of deposited monies, funds, and credits to other deposit accounts or to the accounts of merchants offering goods, services, or negotiable instruments.

**COUNT ONE**
**18 U.S.C. § 1349**
**(Conspiracy to Commit Bank Fraud)**

10. Paragraphs 1 through 9 of this indictment are re-alleged and incorporated by reference herein as though fully set forth.

11. From in or about December 2007 and continuing to the present, in Mecklenburg, Gaston, Iredell, Cabarrus Counties, within the Western District of North Carolina, and elsewhere, the defendants,

**(1) PHILLIP GREGORY HARRIS, SR.,**
**a/k/a "CASH P"**
**(2) JORDAN FOSTER**
**a/k/a "2-3"**
**(3) STANLEY RUTLEDGE, JR.,**
**(4) PAMELA KERNS,**
**(5) OLWIN BROWN,**
**a/k/a "JUICE"**
**a/k/a "OJ"**
**(6) KEVIN SMITH,**
**(7) RENARDO PERRY,**
**a/k/a "S-DUB"**
**(8) JERRY McDUFFIE,**
**a/k/a "J"**
**(9) CRAIG McINNIS,**
**(10) ANTHONY WOODS,**
**a/k/a "GEROD"**
**(11) YARRAL WILSON,**
**(12) KALIF WILSON,**
**a/k/a "SCRAP"**
**(13) TOMONTA SIMMONS,**
**a/k/a "MONTAY"**
**(14) JARRAL THOMPSON,**
**(15) JAKARI RUTLEDGE,**
**(16) ELIJAH GRANT,**
**a/k/a "BOX"**
**(17) MARTELL MACKEY,**
**a/k/a "TELLY"**
**(18) JADE BROWN,**
**(19) CHRISTOPHER MOAT,**
**(20) TRAVIS GABRIEL,**
**a/k/a "GANGSTER"**
**(21) TIERRA LOVE,**
**(22) DEMARCUS SHANKLE,**
**(23) CHRISTIAN ROBERTSON,**

**(24) RASHAD JOHNSON,**
**(25) QUILLIE SMITH**
**(26) KEOSHA MACK, and**
**a/k/a "KIKI",**
**(27) WALTER BOYD**
**a/k/a "WEB"**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to commit bank fraud in violation of Title 18, United States Code , Section 1344.

Object of the Conspiracy

12. It was a part and object of the conspiracy that the defendants, and others known and unknown to the Grand Jury, would and did knowingly execute and attempt to execute schemes and artifices to defraud financial institutions, in violation of Title 18, United States Code, Sections 1344.

Manner and Means

11. The defendants and others known and unknown to the Grand Jury carried out the conspiracy in the manner and means described in paragraphs 1 through 6 of this Bill of Indictment, among others.

Overt Acts

12. In furtherance of the conspiracy, and to accomplish the objects thereof, the defendants and their co-conspirators committed one or more of the following overt acts in the Western District of North Carolina and elsewhere:

13. Theft from Wells Fargo between May 11-18, 2009.

a. At an undetermined time and date, JADE BROWN and PHILLIP GREGORY HARRIS, SR. obtained worthless checks from BoA account *2239 (checks #1002, #1004, #1005), and SunTrust account *2929 (checks #1034, #1035, #1048).

b. On or about May 11, 2009, JADE BROWN opened straw checking account *7574 at Wells Fargo in Charlotte, NC.

c. Between May 14, 2009 and May 18 2009, JADE BROWN deposited worthless checks (#1034, #1035, #1048, #1002) totaling $1,975 into her straw account *7574 and then withdrew $1,975 in cash from that same account.

d. On or about May 18, 2009, PHILLIP GREGORY HARRIS, deposited worthless checks (#1004, #1005) totaling $980 into JADE BROWN's straw account *7574, and then withdrew $240 in cash from that same account utilizing an ATM card connected to JADE BROWN's straw account *7574.

e. On May 13, 2009 and May 19, 2009, PAMELA KERNS, an employee of Wells Fargo Bank f/k/a Wachovia Bank, working at the behest of her coconspirators, conducted inquiries into the status and balance on JADE BROWN's straw account *7574 and provided information to PHILLIP GREGORY HARRIS SR. that the scheme had been successful because the worthless check had cleared, that the money was available, and that it was safe to withdraw the funds.

14. Theft from Wells Fargo between May 11-12, 2009.

a. At an undetermined time and date, PHILLIP GREGORY HARRIS, SR. obtained worthless checks for SunTrust account *2929 (checks #1024, #1025, #1026, #1028).

b. On or about December 12, 2006, a straw checking account *8121 was opened at Wells Fargo and issued to an individual hereafter referred to as "A.B."

c. On or about May 11, 2009, A.B. deposited worthless checks (#1024, #1025, #1026) totaling $4,300 into the straw account *8121 and then withdrew $4,300 in cash from that same account.

d. On or about May 11, 2009, PHILLIP GREGORY HARRIS, SR. deposited a worthless check (#1028) totaling $3,500 into straw account *8121 utilizing the account's ATM card.

e. On or about May 12, 2009, PHILLIP GREGORY HARRIS, SR., withdrew $400 and then $100 in cash from straw account *8121 utilizing the account's ATM card.

f. On May 11, 2009 and May 12, 2009, PAMELA KERNS, an employee of Wells Fargo f/k/a Wachovia, working at the behest of her coconspirators, conducted inquiries into the status and balance on straw account *8121, and provided that information to PHILLIP GREGORY HARRIS, SR. to assist HARRIS with the scheme to defraud the bank of cash.

g. On or about May 12, 2009, A.B. withdrew $2,500 from straw account *8121.

15. Theft from Wells Fargo between May 18-19, 2009.

a. At a undetermined time and date, JORDAN FOSTER, obtained worthless checks from PHILLIP GREGORY HARRIS, SR. belonging to BoA account *2239 (#1003) and SunTrust account *2929 (#1043, #1045).

b. On or about July 14, 2004, straw checking account *9909 was opened at Wells Fargo in Charlotte, NC, and issued to an individual hereafter referred to as "R.T."

c. On or about May 18, 2009, R.T. deposited worthless checks (#1043, #1045) totaling $2,950 into straw account *9909 and then immediately withdrew $2,950 in cash from that same straw account.

d. On or about May 18, 2009, JORDAN FOSTER, deposited a worthless check totaling $1,500 (check #1003) into straw account *9909 and then withdrew $100.00 in cash utilizing the account's ATM card.

e. On May 18, 2009 and May 19, 2009, PAMELA KERNS, an employee of Wells Fargo f/k/a Wachovia, at the behest of her conspirators, conducted inquiries into the status and balance on straw account *9909, and provided that information to PHILLIP GREGORY HARRIS, SR. to assist in the scheme to fraudulently obtain cash from the bank.

16. Theft from Wells Fargo between June 29-July 2, 2009.

a. At an undetermined time and date, JORDAN FOSTER and STANLEY RUTLEDGE, JR., obtained worthless checks from Metro CU account *3663 (#1504, #1505, #1508, #1510, #1511, #1512).

b. On or about April 1, 2005, straw checking account *4671 was opened at Wells Fargo and issued to an individual hereafter referred to as "S.S."

c. On or about June 29, 2009 and July 1, 2009, S.S. deposited worthless checks (#1504, #1505, #1508, #1510 and #1511) totaling $7,500 into straw account *4671, that were obtained from STANLEY RUTLEDGE, JR,. and then immediately withdrew $7,500 in cash from that same straw account.

d. On or about July 1, 2009, JORDAN FOSTER deposited a worthless check (#1512) totaling $1,500, that was obtained from STANLEY RUTELDGE, JR., into straw account *4671, and then withdrew $100.00 in cash from that same account utilizing the straw account's ATM card.

e. On or about July 2, 2009, JORDAN FOSTER conducted an empty envelope deposit utilizing the straw account *4671's ATM card, entered an amount of $500, and then immediately withdrew $100 in cash from the account utilizing the straw account's ATM card.

17. Theft from Wells Fargo between July 1-3, 2009.

a. On or about March 2, 2005, straw checking account *5624 was opened in the name of "The Pelzer Group" at Wells Fargo Bank f/k/a Wachovia Bank. An individual referred to herein as "N.P." was an authorized user of the ATM card connected to the straw account.

c. On or about July 1, 2009, WALTER BOYD deposited an empty envelope alleging to total $1,500 via an ATM into straw account (*5624), and then withdrew $500 and then $140 in cash utilizing the account's ATM card.

d. On or about July 2, 2009, WALTER BOYD, via ATM, deposited two empty envelopes alleging to contain a total of $3,000 ($1,500 and $1,500) in checks into straw account *5624, and then withdrew $500 from that same account utilizing the straw account's ATM card.

e. On or about July 2, 2009, an unidentified coconspirator conducted ATM cash withdrawals and point of sale transactions utilizing the straw account's ATM card totaling $2,030.45.

18. Theft from Wells Fargo between June 2-3, 2010.

a. At an undetermined date and time, JERRY MCDUFFIE obtained worthless checks from SECU account *5505 (check #4670) and Suntrust account *9049 (check #1167).

b. On or about December 28, 2006, straw checking account *5297 was opened at Wells Fargo and issued to an individual hereafter referred to as "C.B."

c. On or about June 2, 2010, a worthless check from SunTrust account *9049 (check #1167) totaling $1,650 was deposited by the straw account holder, C.B., into straw account *5297 and then the same amount was immediately withdrawn.

d. On or about June 3, 2010, JERRY MCDUFFIE deposited the aforementioned SECU worthless check (#4670) totaling $1,400 into straw account *5297 using the straw accounts ATM card and then withdrew $340 from the straw account.

19. Theft from Wells Fargo between March 14-15, 2011.

a. At an undetermined time and date, KEVIN SMITH obtained a worthless altered check from Fifth Third account *0963 (#30829).

b. On or about August 15, 2009, straw checking account *8449 was opened at Well Fargo Bank, f/k/a Wachovia Bank and issued to an individual identified herein as "D.B."

c. On or about March 14, 2011, KEVIN SMITH deposited the worthless altered check (#30829) totaling $6,659 into straw account *8449 utilizing the account's ATM card.

d. On or about March 15, 2011, "D.B." withdrew $8,000 in cash from straw account *8449.

20. Theft from Wells Fargo between August 13-16, 2011.

a. At an undetermined time and date, PHILLIP GREGORY HARRIS, SR. and TIERRA LOVE, obtained worthless checks from First Tennessee Bank account *6189 (#3643, #3646), Regions Bank account *0663 (#215), and First Federal Bank account *0661 (#1125).

b. On or about October 24, 2010, straw checking account *9569 was opened at Wells Fargo Bank f/k/a Wachovia Bank and issued to an individual hereafter referred to as "E.B."

c. Between August 13, 2011 and August 15, 2011, straw account holder E.B. deposited three worthless checks (#3643, #3646, #215) totaling $4,400 into straw account *9569, and then withdrew $4,400 in cash from that same straw account.

d. On or about August 16, 2011, TIERRA LOVE deposited a worthless check (#1125) totaling $2,500 into straw account *9569 using the account's ATM card, and then withdrew $100.00 in cash.

e. On or about August 16, 2011, PHILLIP GREGORY HARRIS, SR. utilized the straw account's ATM card to withdraw $200.00.

21. Theft from Suntrust between September 21-22, 2011.

a. At an undetermined time and date, RENARDO PERRY obtained worthless checks from Wells Fargo f/k/a Wachovia Bank account *3809 (#5027, #5028).

b. On or about September 15, 2011, straw checking account *1203 was opened at Suntrust and issued to an individual hereafter referred to as "S.G."

c. On or about September 21, 2011, straw account holder S.G. deposited two worthless checks (#5027, #5028) totaling $2,000 into straw account *1203.

d. On or about September 22, 2011, RENARDO PERRY withdrew $500 utilizing the straw account's ATM card.

e. On or about September 22, 2011, an unidentified coconspirator(s) utilized the straw account ATM card to make point of sale transactions at Wal-Mart stores totaling $1,486.80.

22. Theft from Wells Fargo between December 12-13, 2011.

a. At an undetermined time and date, ANTHONY WOODS obtained a worthless altered check from First National Bank account *1684 (#15618).

b. On or about March 16, 2011, straw checking account *7933 was opened at Wells Fargo Bank and issued to an individual hereafter referred to as "J.M."

c. On or about December 12, 2011, ANTHONY WOODS deposited the worthless altered check (#15618) totaling $8,600 into straw account *7933 utilizing the account's ATM card.

d. On or about December 13, 2011, "J.M." entered a Wells Fargo branch and withdrew $8,200 in cash from that same straw account.

23. Between May 2012 and August 2012, WALTER BOYD provided KEOSHA MACK with various straw account ATM cards bearing the account holder name "Preferred Customer" and instructed KEOSHA MACK to withdraw various amounts of cash from the accounts. KEOSHA MACK withdrew the cash as instructed.

24. Between May 2012 and August 2012, WALTER BOYD, and KEOSHA MACK used straw account ATM cards to rent vehicles from AVIS Rent-A-Car System, LLC.

25. Theft from Wells Fargo between August 29, 2012 and September 5, 2012.

a. At an undetermined date and time, QUILLIE SMITH obtained worthless checks from Consumer Credit Union account *8402 (#3772, #3774, #3775, #3776).

b. Between August 29, 2012 and August 31, 2012, the worthless checks (#3772, #3774, #3775, #3776), totaling $1,191, were deposited into straw account *3076 held with Wells Fargo and belonging to an individual hereafter referred to as "M.A."

c. On or about August 31, 2012, an unidentified coconspirator(s) withdrew $180 at a ATM utilizing the straw account's ATM card.

d. On about September 5, 2012, an unidentified coconspirator(s) purchased two money orders from Harris Teeter, totaling $981.98, utilizing the straw account's ATM card.

26. Theft from Wells Fargo between September 4-21, 2012.

a. At an undetermined time and date, KALIF WILSON obtained worthless checks from MCNB Bank and Trust Co. account *1467 (checks #1042, #1044, #1045, #1046, #1047, #1048, #1049).

b. On or about September 4, 2012, KALIF WILSON deposited the worthless checks (#1042, #1044, #1045, #1046, #1047, #1048, #1049), totaling $2,064, into a straw account *1145 held with Wells Fargo and belonging to an individual hereafter referred to as "J.P."

c. Between September 4, 2012 and September 7, 2012, an unidentified coconspirator(s) withdrew $2,044.98 from the straw account utilizing the straw account's ATM card to purchase money orders, make point of sale purchases, and withdraw cash from an ATM.

d. On or about September 21, 2012, YARRAL WILSON cashed a money order purchased utilizing the straw account's ATM card.

27. Theft from Wells Fargo, SECU, and Telco CU between September 12, 2012 and April 30, 2013.

a. On or about August 15, 2012, an unidentified coconspirator stole a blue Ford F250 (VIN *4063) from Town & Country Landscaping (herein "T&C") in Hickory, NC.

b. At an undetermined date and time, TRAVIS GABRIEL, STANLEY RUTLEDGE, JR., and CRAIG McINNIS obtained a business checkbook issued by Community One Bank account *7061 to "T&C", which had been inside the stolen blue Ford F250.

c. Between September 28, 2012 and October 1, 2012, TRAVIS GABRIEL deposited stolen and worthless checks (#1671, #1680, #1683, #1685, #1693), totaling $1,360.20, into straw account *7635 held with Wells Fargo and belonging to an individual hereafter referred to as "J.K."

d. Between September 28, 2012 and October 2, 2012, an unidentified coconspirator (s) withdrew $543 at various ATMs utilizing the straw account's ATM card.

e. On or about April 18, 2013, STANLEY RUTLEDGE, JR. deposited two of the stolen and worthless checks (#1706, #1707), totaling $1,200, into straw account *0234 held by SECU belonging to an individual hereafter referred to as "C.F."

f. Between April 18, 2013 and April 19, 2013, an unidentified coconspirator(s) withdrew $634.56 at Wal-Mart in Charlotte, NC, utilizing the straw account's ATM card.

g. On or about April 29, 2013, CRAIG McINNIS and STANLEY RUTLEDGE, JR. deposited stolen and worthless checks (#1725, #1726), totaling $2,800, into straw account *7061 held by Telco CU belonging to an individual hereafter referred to as "A.G."

h. On or about April 29, 2013, CRAIG McINNIS withdrew $1,203.99 in cash from various ATM locations, $1,008.84 through point of sale transactions at various Harris Teeter locations, and an additional $99.77 through additional point of sale transactions utilizing the ATM card attached to Telco CU straw account *7061.

28. Theft from Wells Fargo between December 19-20, 2012.

a. On or about December 19, 2012, an unidentified coconspirator broke into a white Chevrolet Avalanche (VIN *9488) and stole various items including a checkbook from Farmers and Merchants Bank account *2464, issued to CJ's Rentals LLC (herein referred to as "CJ's").

b. On or about December 19, 2012, RASHAD JOHNSON and an unidentified coconspirator obtained nine of the stolen and worthless Farmers and Merchants Bank checks (#1078, #1079, #1080, #1081, #1083, #1084, #1086, #1087, #1090) from an unindicted coconspirator.

c. On or about December 19, 2012, RASHAD JOHNSON and an unidentified coconspirator deposited four of the stolen and worthless checks (#1078, #1079, #1080, #1081) into straw account *6186 held with Wells Fargo belonging to an individual hereafter referred to as "D.F.". JOHNSON and the unindicted coconspirator also deposited five of the stolen and worthless checks (#1083, #1084, #1086, #1087, #1090) into straw account *6178 held with Wells Fargo belonging to an individual hereafter referred to as "K.M." The nine deposited checks, over the two Wells Fargo straw accounts, totaled $1,502.06.

d. On or about December 19, 2012, an unidentified coconspirator(s) withdrew $200 at ATMs utilizing straw account *6186 ATM card and $300 utilizing straw account *6178 ATM card.

29. Theft from Wells Fargo between January 20-24, 2013.

a. Between January 20, 2013 and January 21, 2013, an unidentified coconspirator broke into a blue Lexus RX350 (VIN *6815) and stole various items including a checkbook from BoA (account *5924) issued in the name of joint account holders identified herein as "J.H. and C.H."

b. At an undetermined date and time, ELIJAH GRANT, MARTELL MACKEY, and an unidentified coconspirator(s) obtained fourteen of the aforementioned stolen and worthless checks (# 9189, #9191, #9193, #9218, #9188, #9205, #9206, #9207, #9208, #9209, #9212, #9214, #9215, #9216).

c. On or about January 22, 2013, an unidentified coconspirator(s) deposited five of the stolen and worthless checks (#9188, #9189, #9191, #9193, #9218), totaling $1,403, into straw accounts *2224 and *3686 held with Wells Fargo Bank and belonging to an individual hereafter referred to as "T.G."

d. On or about January 23, 2013, KALIF WILSON purchased three money orders totaling $580 at multiple Harris Teeter locations in Charlotte, NC, utilizing the ATM card attached to the straw accounts *2224 and *3686.

e. On or about January 23, 2013, MARTELL MACKEY deposited four of the stolen checks (# 9212, # 9214, # 9215, # 9216), totaling $1,193, into straw account *2976 held with Wells Fargo belonging to an individual hereafter referred to as "R.F."

f. On or about January 23, 2013, an unidentified coconspirator withdrew $100.00 at an ATM utilizing straw account *2976 ATM card.

g. On or about January 24, 2013, ELIJAH GRANT deposited five of the stolen checks (#9205, #9206, #9207, #9208, #9209), totaling $3,750, into a straw account (*8542) held with Wells Fargo belonging to an individual hereafter referred to as "A.H."

h. On or about January 24, 2013, an unidentified coconspirator withdrew $100.00 at a Wells Fargo ATM utilizing straw account *8542 ATM card.

30. Theft from Suntrust between January 22-23, 2013.

a. On or about January 13, 2013, an unidentified coconspirator broke into a white Honda Odyssey (VIN *8074) and stole various items including a checkbook from Local Government Federal Credit Union account *2046 issued in the name of an individual account holder identified herein as "D.N."

b. At an undetermined time and date, YARRAL WILSON obtained two of the aforementioned stolen and worthless checks (#1053, #1054).

c. On or about January 22, 2013, YARRAL WILSON deposited the stolen and worthless checks (#1053, #1054), totaling $3,695, into straw account *4933 held with Suntrust belonging to an individual hereafter referred to as "M.N."

d. On or about January 23, 2013, YARRAL WILSON purchased four money orders totaling $2,000 at Wal-Mart in Charlotte, NC, utilizing straw account *4933's ATM card.

e. On or about January 24, 2013, QUILLIE SMITH cashed two of the money orders purchased by YARRAL WILSON with the straw account ATM card.

31. Theft from USAA between April 12, 2013 and June 14, 2013.

a. At an undetermined date and time, OLWIN BROWN, and unindicted coconspirators K.C., K.M., and A.R. obtained twenty-nine worthless checks from BoA account *2273 (#223) and BoA account *2481 (#91), Wells Fargo f/k/a Wachovia account *7087 (#1051, #1052, #1061, #1062, #1063, #1064, #1065, #1067, #1068), Wells Fargo account *2500 (#95, #99) and Wells Fargo account *9476 (#96), Woodforest National Bank account *8561 (#805, #808), Woodforest National Bank account *5716 (#806, #807), Woodforest National Bank account *7993 (#801, #804, #805), Woodforest National Bank account *8404 (#804), Woodforest National Bank account *7655 (#801, #802), Woodforest National Bank account *0642 (#805), Woodforest National Bank account *3502 (#1010, #1011), Woodforest National Bank account *3908 (#1001)

b. At an undetermined date and time, OLWIN BROWN, K.C., K.M., and A.R. obtained two straw USAA ATM cards, attached to bank accounts *5302 and *8699, and issued to individuals hereafter referred to as "J.A." and "J.W."

c. Between April 16, 2013 and June 14, 2013, OLWIN BROWN and K.C. deposited the twenty-nine aforementioned worthless checks into USAA straw accounts *5302 and *8699 totaling $43,337.75.

d. Between April 16, 2013 and May 21, 2013, OLWIN BROWN, K.C., K.M., A.R and other unidentified individuals used the previously obtained straw USAA ATM cards attached to bank accounts *5302 and *8699 to deplete the bank accounts of the previously deposited worthless check funds totaling $38, 942.97.

32. Theft from BB&T between April 29, 2013 and May 1, 2013.

a. On or about April 27, 2013, in Mecklenburg County, unidentified individual(s) broke into a red Saturn Vue (VIN *1454) and stole various items including checks from BB&T account *3174 issued in the name of an individual identified herein as "C.H."

b. At a undetermined time and date, JARRAL THOMPSON, and DEMARCUS SHANKLE, obtained the aforementioned BB&T stolen and worthless checks (#1159, #1160).

c. On or about April 30, 2013, JARRAL THOMPSON, DEMARCUS SHANKLE, and unindicted coconspirator B.C. drove together to a BB&T ATM located in Charlotte, NC.

d. Once at the ATM, JARRAL THOMPSON, utilizing straw account *3596 ATM card, deposited the two stolen and worthless checks (#1159, #1160), totaling $1,450, into straw BB&T account *3596 belonging to an individual identified herein as "B.L.C".

e. On May 1, 2013, an unidentified coconspirator, utilizing straw account *3596 ATM card, withdrew $200.00.

33. Theft from Metro CU between May 17-20, 2013.

a. On or about April 24, 2013, an unidentified coconspirator broke into a white Honda Accord (VIN *4760), in Charlotte, N.C., and stole various items including a checkbook from Wells Fargo Bank, f/k/a Wachovia account *8346 issued in the name of joint account holders identified herein as "M.G. and J.B."

b. At an undetermined time and date, CHRISTOPHER MOAT and unidentified coconspirator(s) obtained five of the aforementioned stolen and worthless checks (#1098, #1099, #1100, #1101, #1102) from OLWIN BROWN.

c. Between May 18, 2013 and May 19, 2013, CHRISTOPHER MOAT deposited two of the stolen and worthless checks (#1100, #1101) totaling $812.25 into a straw account *5665 held with Metro CU and belonging to an individual hereafter referred to as "D.T."

d. On or about May 20, 2013, CHRISTOPHER MOAT also deposited stolen and worthless check (#1118), totaling $289, into straw account *5566.

e. Between May 17, 2013 and May 19, 2013, unidentified coconspirator(s) deposited three of the stolen and worthless checks (#1098, #1099, #1102), totaling $1,865.49, into straw account *5566.

f. Between May 17, 2013 and May 20, 2013, unidentified coconspirator(s) utilized straw account *5665 ATM card to make point of sale purchases and ATM withdrawals totaling $608.84.

34. On or about July 9, 2013, STANLEY RUTLEDGE, JR. and CRAIG McINNIS discussed, via SMS text message, defrauding Fifth Third, BB&T, and Wells Fargo. During the text message conversation between the two, they discussed, in sum and substance, that CRAIG McINNIS was in the process of acquiring straw accounts for Fifth Third, BB&T, and Wells Fargo. STANLEY RUTLEDGE, JR. instructed CRAIG McINNIS on how to manipulate the straw accounts utilizing a mobile phone computer application. The coconspirators then agreed to solicit OLWIN BROWN to make the deposit of worthless checks into the straw account. RUTLEDGE then told McInnis that he had $1,000 worth of worthless checks to deposit into the straw account.

35. Theft from BoA between August 10-21, 2013.

a. On or about August 10, 2013, in Mecklenburg County, TOMONTA SIMMONS broke into a black Chevrolet Suburban (VIN *2263) and stole various items including a check book from Wells Fargo Bank account *8531 issued in the name of an individual account holder identified herein as "J.C."

b. Between August 19, 2013 and August 20, 2013, unidentified coconspirators deposited the aforementioned Wells Fargo stolen and worthless checks (#1351, 1352, 1353) totaling $3,500, into a straw BoA account *3226 held by an individual identified herein as "D.H.", utilizing the ATM card associated with that account.

c. Between August 19, 2013 and August 20, 2013, unidentified coconspirators, utilizing account *3226 ATM card, made point of sale purchases and ATM cash withdrawals totaling $498.75.

36. Theft from BoA between June 26, 2013 and July 1, 2013.

a. At an undetermined time and date, unidentified coconspirators obtained four worthless checks (#803, #804, #805, #808) from Woodforest National Bank account *0685, two worthless checks (#802, #808) from Woodforest National Bank account *3905, a worthless check (#1464) from Wells Fargo account *3558 and a worthless check (#1150) from Lincoln Bank account *8469.

b. Between June 27, 2013 and July 1, 2013, CHRISTIAN ROBERTSON and JORDAN FOSTER obtained both the initial and replacement ATM cards attached to straw BoA account *6613 belonging to an individual hereafter referred to as "K.M."

c. On or about June 26, 2013, an unidentified coconspirator(s) deposited a worthless check (#802), totaling $850.00, into the straw BoA account *6613, and then withdrew $700.00 in cash utilizing the straw account ATM card.

d. On or about June 27, 2013, unidentified coconspirator(s) deposited worthless checks (#803, #804, #808), totaling $1,345.00, into the straw BoA account *6613, and then withdrew $842.00 in cash from an ATM and $78.03 through various point of sale transactions utilizing the straw account ATM card.

e. On or about June 28, 2013, unidentified coconspirators deposited worthless checks (#805, #1464, #808), totaling $1,740.00, into the straw BoA account *6613, and then withdrew $800.00 in cash utilizing the straw account ATM card.

f. On or about July 1, 2013, unidentified coconspirator(s) deposited worthless check (#1150), totaling $620.00, into the straw BoA account *6613, and then withdrew $800.00 in cash from an ATM and $230.70 through a point of sale transaction utilizing the straw account ATM card.

37. Theft from BB&T on July 23, 2013.

a. At an undetermined time and date, STANLEY RUTLEDGE, JR. obtained two worthless checks (#2048, #2050) from Wells Fargo account *5557 and one worthless check (#1008) from Woodforest National Bank account *1677.

b. On or about July 23, 2013, STANLEY RUTLEDGE, JR. deposited a worthless check (#2050), totaling $300, and an empty envelope, totaling $900, into a straw checking account *7198 held with BB&T and belonging to an individual hereafter referred to as "C.N."

c. On or about July 23, 2013, STANLEY RUTLEDGE, JR. also deposited two worthless checks (#2050, #1008), totaling $1,200, into a straw savings account *6400 belonging

to C.N. STANLEY RUTLEDGE, JR. made the deposits while leaning out of the passenger's window of the vehicle associated with JAKARI RUTLEDGE.

d. On or about July 23, 2013, STANLEY RUTLEDGE, JR. and JAKARI RUTLEDGE utilized the ATM card associated with straw accounts *7198 and *6400 belonging to C.N. to make money order purchases and ATM withdrawals totaling $1,802.80.

All in violation of Title 18, United States Code, Section 1349.

COUNTS TWO – FORTY-SEVEN
**(18 U.S.C. § 1344)**
**(Bank Fraud)**

38. Paragraphs 1 through 7 and 12 through 36 of this indictment are re-alleged and incorporated by reference as though fully set forth herein.

39. On or about each of the dates reflected below for each of Counts Two through Forty-Seven, in Mecklenburg Gaston, Iredell, and Cabarrus Counties, within the Western District of North Carolina, and elsewhere, the defendants listed below, and others known and unknown to the Grand Jury, aiding and abetting one another, did knowingly execute and attempt to execute schemes and artifices to defraud, and to obtain by means of false and fraudulent pretenses, representations and promises, money, funds, and credit under the custody and control of a federally insured financial institution, to wit, falsely inflating the balance of a straw account with worthless and stolen checks, all or part of which balance was later withdrawn, each instance identified below being a separate violation of Title 18, United States Code, Sections 1344 and 2.

| COUNT | DEFENDANT(S) | DATE | CHECK NUMBERS | BANK OF DEPOSIT | ACCOUNT NUMER | AMOUNT(S) |
|---|---|---|---|---|---|---|
| 2 | **(1) PHILLIP GREGORY HARRIS, SR., a/k/a "CASH P", (4) PAMELA KERNS** | May 11-12 2009 | 1024, 1025, 1026, 1028 | Wells Fargo f/k/a Wachovia | *8121 | $ 1,500, $500, $2,300, $3,500 |
| 3 | **(1) PHILLIP GREGORY HARRIS, SR., a/k/a "CASH P", (4) PAMELA KERNS, (18) JADE BROWN** | May 11-18, 2009 | 1024, 1035, 1048, 1002, 1004, 1005 | Wells Fargo f/k/a Wachovia | *7574 | $500, $475, $500, $500, $500, $480 |
| 4 | **(1) PHILLIP GREGORY HARRIS, SR., a/k/a "CASH P", (2) JORDAN FOSTER, a/k/a "2-3", (4) PAMELA KERNS** | May 18, 2009 | 1003, 1043, 1045 | Wells Fargo f/k/a Wachovia | *9909 | $1,500, $1,500, $1,500 |

| COUNT | DEFENDANT(S) | DATE | CHECK NUMBERS | BANK OF DEPOSIT | ACCOUNT NUMER | AMOUNT(S) |
|---|---|---|---|---|---|---|
| 5 | **(2) JORDAN FOSTER, a/k/a "2-3", (3) STANLEY RUTLEDGE, JR.** | June 29 – July 2, 2009 | 1504, 1505, 1508, 1510, 1511, 1512 | Wells Fargo f/k/a Wachovia | *4671 | $1500, $1500, $1500, $1500, $1500, $1500 |
| 6 | **(27) WALTER BOYD, a/k/a "WEB"** | July 1-3, 2009 | N/A –Empty ATM Envelopes | Wells Fargo f/k/a Wachovia | *5624 | $1500, $1500, $1500, $1500 |
| 7 | **(27) WALTER BOYD, a/k/a "WEB"** | August 3, 2009 | N/A - Empty ATM Envelopes | Wells Fargo f/k/a Wachovia | *7844 | $500, $500, $500, $500, $500, $500, $500, $500 |
| 8 | **(2) JORDAN FOSTER, a/k/a "2-3", (3) STANLEY RUTLEDGE, JR., (8) JERRY MCDUFFIE, a/k/a "J", (18) JADE BROWN** | September 16-20, 2009 | 1085, 1086, 1093, 1094, 1523, | Wells Fargo f/k/a Wachovia | *1589 | $350, $350, $350, $350, $350 |
| 9 | **(8) JERRY MCDUFFIE, a/k/a "J"** | June 02, 2010 | 1167, 4670 | Wells Fargo f/k/a Wachovia | *5297 | $1,650, $1,400 |
| 10 | **(1) PHILLIP GREGORY HARRIS, SR., a/k/a "CASH P", (2) JORDAN FOSTER, a/k/a "2-3"** | September 01-03, 2010 | 227, 228, 234, 235, 1078, 1079 | Wells Fargo f/k/a Wachovia | *2952 | $1,450, $1,450, $1,500, $1,500, $1,500, $1,450 |
| 11 | **(6) KEVIN SMITH** | March 4, 2011 | 3026 | Wells Fargo | *3102 | $4,800 |
| 12 | **(6) KEVIN SMITH** | March 14, 2011 | 30829 | Wells Fargo | *8449 | $6,659 |

| COUNT | DEFENDANT(S) | DATE | CHECK NUMBERS | BANK OF DEPOSIT | ACCOUNT NUMER | AMOUNT(S) |
|---|---|---|---|---|---|---|
| 13 | **(1) PHILLIP GREGORY HARRIS, SR., a/k/a "CASH P", (21) TIERRA LOVE** | August 13-16, 2011 | 3643, 3646, 215, 1125 | Wells Fargo f/k/a Wachovia | *9569 | $1,500, $1,450, $1,450, $2,500 |
| 14 | **(1) PHILLIP GREGORY HARRIS, SR., a/k/a "CASH P", (21) TIERRA LOVE** | August 15-16, 2011 | 205,216, 1123 | Wells Fargo f/k/a Wachovia | *5989 | $2,400, $1,400, $1,350 |
| 15 | **(7) RENARDO PERRY, a/k/a "S-DUB"** | September 22, 2011 | 5027, 5028 | SunTrust | *1203 | $1,000, $1,000 |
| 16 | **(10) ANTHONY WOODS, a/k/a "GEROD"** | December 13, 2011 | 117150 | Wells Fargo | *7933 | $8,600 |
| 17 | **(10) ANTHONY WOODS, a/k/a "GEROD"** | January 4, 2012 | 27350 | Wells Fargo | *1468 | $8,800.67 |
| 18 | **(11) YARRAL WILSON** | April 12-23, 2012 | 3746, 3745 | SunTrust | *8000 | $987, $969 |
| 19 | **(12) KALIF WILSON, a/k/a "SCRAP"** | August 13-14, 2012 | 1327, 1328, 1329, 1330, 1335, 1336, 1337, 1338, 1339 | Wells Fargo | *4352 | $297, $298, $299, $295, $299, $295, $298, $295, $280 |
| 20 | **(25) QUILLIE SMITH** | August 29-31, 2012 | 3772, 3773, 3774, 3775, 3776 | Wells Fargo | *3076 | $297, $299, $298, $297, $299 |
| 21 | **(12) KALIF WILSON, a/k/a "SCRAP", (11) YARRAL WILSON** | September 4-21, 2012 | 1042, 1044, 1045, 1046, 1047, 1048, 1049 | Wells Fargo | *1145 | $298, $297, $295, $296, $280, $298, $299 |

| COUNT | DEFENDANT(S) | DATE | CHECK NUMBERS | BANK OF DEPOSIT | ACCOUNT NUMER | AMOUNT(S) |
|---|---|---|---|---|---|---|
| 22 | **(20) TRAVIS GABRIEL, a/k/a "GANGSTER"** | September 28- October 1, 2012 | 1671, 1680, 1683, 1685, 1693 | Wells Fargo | *7635 | $200, $290, $290, $290, $290.20 |
| 23 | **(24) RASHAD JOHNSON** | December 19, 2012 | 1078, 1079, 1080, 1081 | Wells Fargo | *6186 | $140, $270, $201, $98 |
| 24 | **(24) RASHAD JOHNSON** | December 19, 2012 | 1083, 1084, 1086, 1087, 1090 | Wells Fargo | *6178 | $202, $101, $96.06, $265, $129 |
| 25 | **(1) PHILLIP GREGORY HARRIS, SR., a/k/a "CASH P"** | January 25- 28, 2013 | 390, 256 | SunTrust | *2986 | $1,900, $1,000 |
| 26 | **(20) TRAVIS GABRIEL, a/k/a "GANGSTER"** | January 28, 2013 | 1131 | SunTrust | *1156 | $500 |
| 27 | **(16) ELIJAH GRANT, a/k/a "BOX"** | March 15, 2013 | 1000, 1005 | BB&T | *1584 | $500, $500 |
| 28 | **(17) MARTELL MACKEY, a/k/a "TELLY"** | March 15- 16, 2013 | 1003 (checking)<br>1002 (savings) | BB&T | *6834 (checking)<br>*2628 (savings) | $500, $500 |
| 29 | **(11) YARRAL WILSON, (25) QUILLIE SMITH** | March 15- 19, 2013 | 2322, 2329, 7225 (checking)<br>146, 7224, 2323 (savings) | Wells Fargo | *7831 (checking)<br>*8987 (savings) | $1,498, $1,496, $1,495,<br>$1,498, $1,495, $1,490 |
| 30 | **(17) MARTELL MACKEY, a/k/a "TELLY"** | March 25- 26, 2013 | 1004 (checking)<br>1009 (savings) | BB&T | *3716 (checking)<br>*0096 (savings) | $200, $200 (both keyed) |
| 31 | **(25) QUILLIE SMITH** | April 9, 2013 | 1083, 1084 | BB&T | *0738 | $500, $500 |

| COUNT | DEFENDANT(S) | DATE | CHECK NUMBERS | BANK OF DEPOSIT | ACCOUNT NUMER | AMOUNT(S) |
|---|---|---|---|---|---|---|
| 32 | **(14) JARRAL THOMPSON** | April 12, 2013 | 807, 95 | SunTrust | *1289 | $1,940, $1,950 |
| 33 | **(9) CRAIG McINNIS, (3) STANLEY RUTLEDGE, JR.** | April 29, 2013 | 1725, 1726 | Telco CU | *7061 | $1,400, $1,400 |
| 34 | **(14) JARRAL THOMPSON, (22) DEMARCUS SHANKLE** | April 30, 2013 | 1159, 1160 | BB&T | *3596 | $725, $725 |
| 35 | **(15) JAKARI RUTLEDGE** | May 6-7, 2013 | 902, 901, 506 | Wells Fargo | *1778 | $1,500, $1,500, $1,500 |
| 36 | **(19) CHRISTOPHER MOAT, (5) OLWIN BROWN, a/k/a "JUICE" a/k/a "OJ"** | May 17, 2013 | 1098, 1099 | Metro CU | *5566 | $765, $688.13 |
| 37 | **(22) DEMARCUS SHANKLE** | June 28, 2013 | 806, 807 | Wells Fargo | *1509 | $750, $750 |
| 38 | **(23) CHRISTIAN ROBERTSON** | June 27, 2013 | 807 | Suntrust | *6966 | $3,750 |
| 39 | **(23) CHRISTIAN ROBERTSON, (2) JORDAN FOSTER a/k/a "2-3"** | June 28-July 1, 2013 | 805, 1150, 808, 802, 1464, 808, 804, 803 | BoA | *6023 | $290, $620, $740, $850, $700, $745, $300, $300 |
| 40 | **(3) STANLEY RUTLEDGE, JR., and (15) JAKARI RUTLEDGE** | July 23, 2013 | 2050<br><br>2048, 1008 | BB&T | *7198 (checking)<br>*6400 (savings) | $300, $900 (empty envelope)<br>$300, $900 |
| 41 | **(22) DEMARCUS SHANKLE** | July 23, 2013 | 805, 804 | Wells Fargo | *8213 | $750, $750 |

| COUNT | DEFENDANT(S) | DATE | CHECK NUMBERS | BANK OF DEPOSIT | ACCOUNT NUMER | AMOUNT(S) |
|---|---|---|---|---|---|---|
| 42 | **(5) OLWIN BROWN, a/k/a "JUICE" a/k/a "OJ"** | September 26, 2013 | 3330 (checking)<br>808, 3329 (savings) | Wells Fargo | *5476 (checking)<br>*8462 (savings) | $290<br>$290, $299 |
| 43 | **(5) OLWIN BROWN, a/k/a "JUICE" a/k/a "OJ"** | October 9, 2013 | 802, 803, 807, 808 | Wells Fargo | *4986 | $299, $299, $290, $296 |
| 44 | **(26) KEOSHA MACK a/k/a "KIKI"** | October 17, 2013 | 91 | Wells Fargo | *3892 | $3,000 |
| 45 | **(16) ELIJAH GRANT, a/k/a "BOX"** | November 4-5, 2013 | 1013, 1014, 1015, 1019, 094, 095 | BB&T | *1891 | $500, $400, $500, $400, $298, $298 |
| 46 | **(26) KEOSHA MACK a/k/a "KIKI"** | November 8, 2013 | 1046, 1045 | Wells Fargo | *2785 | $874, $1,400 |
| 47 | **(19) CHRISTOPHER MOAT** | November 8, 2013 | N/A | Wells Fargo | *2728 | $40.97, $50.92 |
| 48 | **(9) CRAIG McINNIS** | September 11, 2013 | 108 | SunTrust | *5122 | $1,600 |
| 49 | **(1) PHILLIP GREGORY HARRIS, SR., a/k/a "CASH P", (7) RENARDO PERRY, a/k/a "S-DUB"** | June 6-7, 2011 | 1134 | Wells Fargo f/k/a Wachovia | *9667 | $2,400 |

**COUNT FIFTY**
**(18 U.S.C. § 513)**
**(Possession of Counterfeit Securities)**

40. Paragraphs 1 through 36 of this indictment are re-alleged and incorporated by reference herein as though fully set forth.

41. On or about August 15, 2013, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**(6) KEVIN SMITH,**

did knowingly make or possess, counterfeited securities of BB&T, an organization which operated in and the activities of which affected interstate and foreign commerce, to wit, a fake check, number 4536, with account number *7261, with the intent to deceive another person, organization or government, to wit a federally insured financial institution.

In violation of Title 18, United States Code, Section 513(a).

**COUNT FIFTY-ONE**
**(18 U.S.C. § 1028A)**
**(Aggravated Identity Theft)**

42. Paragraphs 1 through 36 of this indictment are re-alleged and incorporated by reference herein as though fully set forth.

43. On or about January 1, 2013, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**(1) PHILLIP GREGORY HARRIS, SR.,**
**a/k/a "CASH P"**

did knowingly use, without lawful authority, a means of identification of another person, to wit, the social security number of identity theft victim P.H., during and in relation to the commission of one or more federal felony violations, to wit, Conspiracy to Commit Bank Fraud (18 U.S.C. §1349) and Bank Fraud (18 U.S.C. §1344).

All in violation of Title 18, United States Code, Section 1028A (a)(1) and (b).

**COUNT FIFTY-TWO**
**(18 U.S.C. §1708)**
**(Possession of Stolen Mail)**

44. Paragraphs 1 through 36 of this indictment are re-alleged and incorporated by reference herein as though fully set forth.

45. Between July 19, 2013 and August 15, 2013, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**(6) KEVIN SMITH,**

did possess mail addressed to Dal Tile in Charlotte, NC 28273, which had been stolen, taken, embezzled and abstracted from a letter box or post office, mail receptacle, mail route or carrier, which was an authorized depository for mail matter, knowing the said letter to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter.

All in violation of Title 18, United States Code, Section 1708.

**COUNT FIFTY-THREE**
**(18 U.S.C. § 922(g)(1))**
**(Possession of Firearms by a Convicted Felon)**

46. On or about August 15, 2013, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**(6) KEVIN SMITH,**

having been previously convicted of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms in and affecting commerce, that is, a Bryco Jennings Model T-380 semi-automatic pistol, a Ruger Blackhawk .357 revolver, a Benelli Super Vinci 12 Gauge Shotgun, and a Remington Arms Model 700 30-06 Rifle and ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1).

**COUNT FIFTY-FOUR**
**(18 U.S.C. § 924(l))**
**(Theft of Firearms)**

47. On or about July 22, 2013, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**(13) TOMONTA SIMMONS,**
**a/k/a "MONTAY"**

did knowingly and intentionally steal one or more firearms, to wit, a Smith and Wesson Bodyguard .380 semi-automatic pistol and ammunition, that had moved in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 924(l).

**COUNT FIFTY-FIVE**
**(18 U.S.C. § 924(l))**
**(Theft of Firearms)**

48. On or about August 14, 2013, in Gaston County, within the Western District of North Carolina, and elsewhere, the defendant,

**(13) TOMONTA SIMMONS,**
**a/k/a "MONTAY"**

did knowingly and intentionally steal one or more firearms, to wit, a Ruger SR40C .40 caliber pistol and ammunition, that had moved in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 924(l).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 982, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by Section 981(a)(1)(C). The following property is subject to forfeiture in accordance with Section 982, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All firearms or ammunition involved or used in the violations set forth in this bill of indictment; and

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendants to the extent of the value of the property described in (a) and (b).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. A forfeiture money judgment in the amount of at least $1,000,000, such amount constituting the proceeds of the violations set forth in this bill of indictment;

b. A Bryco Jennings Model T-380 semi-automatic pistol; a Ruger Blackhawk .357 revolver; a Benelli Super Vinci 12 Gauge Shotgun; a Remington Arms Model 700 30-06 Rifle; a Smith and Wesson Bodyguard .380 semi-automatic pistol; a Ruger SR40C .40 caliber pistol; and ammunition.

A TRUE BILL:

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

KEVIN ZOLOT
ASSISTANT UNITED STATES ATTORNEY