Defendant: Keosha Mack
Case Number: DNCW314CR000017-026



## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SIX (6) MONTHS.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The Defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this District:

- ☐ As notified by the United States Marshal.
- ☐ At _ on _.

☐ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ As notified by the United States Marshal.
- ☐ Before 2 p.m. on _.
- ☐ As notified by the Probation Office.

FILED
CHARLOTTE, NC

MAR 29 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

## RETURN

I have executed this Judgment as follows:

Subject was released from USMS W/NC Custody on 03/28/2019 @ the Mecklenburg County Jail - End of Federal Sentence.

Defendant delivered on __________ to ________________________________________ at

__________________________________________, with a certified copy of this Judgment.

Greg Forest
United States Marshal

By: Tonya Patterson
~~Deputy Marshal~~